11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Curtis Metcalf,                                   * From the 259th District
                                                    Court of Jones County,
                                                    Trial Court No. 010785.

Vs. No. 11-13-00287-CR                            * November 14, 2013

The State of Texas,                               * Per Curiam Memorandum Opinion
                                                    (Panel consists of: Wright, C.J.,
                                                    Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed.   Therefore, in accordance with this court's opinion, the appeal is dismissed.